IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| APPLICATION OF THE UNITED ) | |
| STATES OF AMERICA FOR AN ) | CR. MISC. NO. 2:16cm3077-SRW |
| ORDER AUTHORIZING THE ) | |
| INSTALLATION AND USE OF A ) | |
| POLE OR VIDEO CAMERA ) | **UNDER SEAL** |

## APPLICATION AND MOTION TO SEAL

**COMES NOW** the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and Verne H. Speirs, Assistant United States Attorney, and requests that the Court issue an Order for the installation of a pole or video camera.

The occupants of the premises described below have no reasonable expectation of privacy in the area outside of the premises. For example, the Court of Appeals for the Tenth Circuit has held the installation of video camera on telephone poles outside the residences to view only "what any passerby would easily have been able to observe" and not to view the inside of those residences does not violate the Fourth Amendment. *United States v. Jackson*, 213 F. 3d 1269, 1280-81 (10th Cir.), *vacated on other grounds*, 531 U.S. 1033, 121 S. Ct. 621, 148 L Ed. 2d 31 (2000) (relating to application of *Apprendi v. New Jersey*, 531 U.S. 466, 120 S. Ct. 2348, 147 L. Ed. 2d 435 (2000)). Accordingly, "there was no need for [law enforcement] to obtain a search warrant before installing and utilizing the video cameras." *Id.* at 1281.

Nevertheless, Alabama Power Company requires a court Order before it will establish and maintain the power supply necessary to the operation of a video surveillance camera. As a result, the United States shows the Court as follows:

Agents of the Drug Enforcement Administration ("DEA"), along with other federal, state and local law enforcement agencies are actively investigating a drug-trafficking organization

involved in the distribution of narcotics in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Through various investigative techniques, agents of the DEA have identified the property located at 916 East Magnolia Avenue, Auburn, Alabama 36830 (the "Premises") as one location used by the organization in its criminal enterprise.

Based on the information obtained during this investigation, Applicant certifies that video surveillance of the Premises and the public area surrounding the Premises is likely to yield information that is relevant to the ongoing criminal investigation.

Agents of the DEA intend through video surveillance to observe the Premises in order to identify individuals and vehicles frequenting this location. There will be no electronic listening device to intercept oral communications through the pole or video camera.

**WHEREFORE**, for the above stated reasons, the United States requests:

That Alabama Power allow the mounting of a video surveillance camera on a utility pole at or near the Premises, and provide the information, facilities and technical assistance necessary to accomplish the installation, maintenance and continued use of the pole or video camera unobtrusively and with a minimum of interference with the services provided to Alabama Power Company's customers;

That Alabama Power Company be compensated by the United States for reasonable expenses incurred in complying with this Order;

That the Application and Order, as they disclose information related to an ongoing criminal investigation, be sealed until further Order of the Court, except that the Order may be served on Alabama Power Company as necessary to effectuate the Order; and

That Alabama Power Company and its agents and employees make no disclosure of the existence of this Application and Order to any person other than those of its agents and employees

who require this information to accomplish the services hereby ordered, unless and until otherwise ordered by this Court.

Respectfully submitted on the 16th day of November, 2016.

FOR THE UNITED STATES ATTORNEY
GEORGE L. BECK, JR.

/s/ Verne H. Speirs

Verne H. Speirs
Assistant United States Attorney
131 Clayton Street
Montgomery, AL   36104
Tel: (334) 223-7280
Fax: (334) 223-7560
Email: Verne.Speirs@usdoj.gov
